**UNITED STATES of America, Plaintiff–Appellee**

v.

**Willie E. PHILLIPS, also known as Big Willie, Defendant–Appellant.**

No. 08–50875
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Dec. 8, 2010.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Henry Joseph Bemporad, Federal Public Defender, Federal Public Defender's Office, Western District of Texas, San Antonio, TX, for Defendant–Appellant.

Before KING, BENAVIDES, and PRADO, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Willie E. Phillips has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Phillips has filed a response, requesting the appointment of counsel. Our independent review of the record, counsel's

---

* Pursuant to 5TH CIR R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

brief, and Phillips's response discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, Phillips's motion to appoint counsel is DENIED, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.